# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Quentin Demer Willis | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 4:18CR00174-1<br>USM Number: 20697-058<br><br>Amit Michael Navare<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | June 27, 2018 |
| 2 | The defendant associated with a person engaged in criminal activity (standard condition). | June 27, 2018 |

*See Page 2 for Additional Violations*

The defendant is sentenced as provided in Page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 2870

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Savannah, Georgia

September 24, 2018
Date of Imposition of Judgment

*[signature]*
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

SEPT. 25, 2018
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | June 30, 2018 |
| 4 | The defendant failed to report to the probation officer as directed by the Court or the probation officer (standard condition). | July 16, 2018 |

DEFENDANT: Quentin Demer Willis
CASE NUMBER: 4:18CR00174-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>12 months.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL